**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RUFF, SHANELL P | ) | |
| | ) | CASE NO. 07-15373 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          Kane County Courthouse
          100 S. 3rd Street, Room 140
          Geneva, IL  60134

    on:   **April 30, 2009**
    at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                                $          28,503.62

    b. Disbursements                           $          24,987.85

    c. Net Cash Available for Distribution     $           3,515.77

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $          0.00 | $     2,100.36 | $ |

| | | | |
|---|---|---|---|
| JOSEPH R. VOILAND  Trustee | $ 0.00 | $ | $ 60.33 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be <u>0.00</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $<u>20,509.89</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>6.61</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Rmi/mcsi | $ 445.00 | $ 29.40 |
| 2 | Ford Motor Credit Company | $ 12,162.00 | $ 803.54 |
| 3 | United States Department of Education | $ 7,902.89 | $ 522.14 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Checking Account (SIV Credit Union) - $26.00; Household Goods - $900.00; Misc. Books, Tapes, CDs, etc. - $200.00; Wearing Apparel - $700.00; Jewelry- $500.00; 2000 Ford Focus – $5,000.00; 1997 Pontiac Bonneville - $3,000.00

    The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim Of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **April 8, 2009**                          For the Court,


                                          By:   **KENNETH S. GARDNER**
                                                Kenneth S. Gardner

Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 08, 2009
Case: 07-15373                 Form ID: pdf002              Total Served: 36

The following entities were served by first class mail on Apr 10, 2009.
db           +Shanell P Ruff,    430 North Rivers St,    Aurora, IL 60506-4157
aty          +Chau T Nguyen,    Macey & Aleman,    233 S. Wacker Drive,    Suite 5150,    Chicago, IL 60606-6371
aty          +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11567239     +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
11567236     +Allied Interstate,    3000 Corporate Exchange Dr,    5th Floor,    Columbus, OH 43231-7723
11567237     +Argent Healthcare Financial Service,    7650 Magna Drive,    Belleville, IL 62223-3366
11567238     +Assoc/citi,    PO Box 6003,    Hagerstown, MD 21747-6003
11567240     +Cavalry Portfolio Services,    4050 E Cotton Center Blvd,    Phoenix, AZ 85040-8861
11567241      Chase,    P.O. Box 27524,    New York, NY 10087-7524
11567242     +City of Chicago,    Bureau of Parking,    333 S State St, Room 540,    Chicago, IL 60604-3951
11567243      Cred Protections Assoc,    1355 Noel Rd,    Suite 2100,    Dallas, TX 75240
11567244     +DuPage Medical Group,    1860 Payspher Cir,    Chicago, IL 60674-0018
11567245     +First Cash Advance,    1916 E. 95th St,    Chicago, IL 60617-4787
11567246     +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
11567249     +Ford Motor Credit Company,    Henley, Lotterhos & Henley PLLC,    PO Box 389,
               Jackson, MS 39205-0389
11567247     +General Revenue Corp,    PO Box 429587,    Cincinnati, OH 45242-9587
11567248     +H and F Law,    33 N LaSalle,    Chicago, IL 60602-2603
11567235     +John P. Carlin,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60654-6392
11567250     +KCA Financial Services,    628 North St,    Geneva, IL 60134-1356
11567251     +Lampheres,    15 S Lake St,    Aurora, IL 60506-4029
11567252     +Memorial Hospital of Carbondale,    10604 Justin Drive,    Urbandale, IA 50322-3755
11567253     +Merchants' Credit Guide Co.,    223 W. Jackson Blvd,    Chicago, IL 60606-6993
11567254     +Midland Credit Management,    8875 Aero Dr,    San Diego, CA 92123-2251
11567257     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
11567256     +Naperville Radiologists SC,    6910 S Madison St,    Willowbrook, IL 60527-5577
11567258     +Paragon Way, Inc.,    2101 West Ben White Blvd.,    Suite 103,    Austin, TX 78704-7517
11567260     +RMA, Inc,    670 Morrison Rd,    3rd Floor,    Columbus, OH 43230-5324
11567259     +Regions Bank,    700 S. Lewis Ln,    Apt 1104,    Memphis, TN 38147-0001
11567261     +Rmi/mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
11567262     +Rush-Copley Medical Center,    2000 Ogden Ave,    Aurora, IL 60504-7222
11567263      Southern Illinois University,    University Drive,    Carbondale, IL 62901
11567265     +The Pay Day Loan Store of IL,    902A N. Lake St,    Aurora, IL 60506-2516
13050031      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
11567266     +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401
The following entities were served by electronic transmission on Apr 09, 2009.
11567267     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 09 2009 04:20:11     Verizon Wirelss,
               Bankruptcy Department,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Jason H Rubens
11567255      MTE Financial Service,    Address Unknown
11567264      Ten dollar Payday loan,    Address Unknown
11567234*    +Shanell P Ruff,    430 North Rivers St,    Aurora, IL 60506-4157
                                                                                           TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**          **Signature:** _Joseph Speetjens_